UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

USDC - DVT
2:24-mc-168

FILED
U.S.D.C. - VT
09/24/24

In re:  ORDER REGARDING THE REFUND OF
FEES PAID ELECTRONICALLY

## GENERAL ORDER NO. 121

In March 2005, the Judicial Conference approved guidance for the refund of fees that are paid electronically. The Conference's current policy regarding refunding filing fees, in effect since 1949, has been broadly interpreted to generally prohibit refunds of fees due upon filing, even if a party filed the case in error, or the court dismissed the case or proceeding.

With the advent of electronic filing, difficulties with the application of the refund policy have greatly increased as filing parties can inadvertently make erroneous or duplicate payments online. The Judicial Conference has endorsed the following guidance which addresses only limited refund authority by the courts when user errors in electronic payments are made and is intended to assist the courts in the exercise of their discretion in this area. This guidance does not amend the general refund policy.

The Clerk of Court is hereby granted the authority to authorize refunds upon written request by a party who has inadvertently made erroneous or duplicate payments online. All such refunds shall be processed through the electronic credit card system (pay.gov). In the event that a particular attorney or law firm continues to make repeated mistakes when submitting fees and requesting refunds, the Clerk of Court may request that the Court issue an order to show cause why further requests for refunds should be considered.

So ORDERED.

Dated at Burlington, in the District of Vermont, this 24th day of September, 2024.

Christina Reiss
Chief Judge